P-Send

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SA CV05-226 DOC (MLGx)                    Date: May 17, 2005

Title: MITCHELL S. MORRISON -V- MICHAEL ERIC NELSON

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

Kristee Hopkins                              Not Present
Courtroom Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                NONE PRESENT

PROCEEDINGS (IN CHAMBERS):    TAKING MATTER UNDER SUBMISSION

     Before the Court is Motion by Defendant to Transfer to the Us District of Nevada, or Dismissal. The Court finds the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for May 23, 2005 is removed from the Court's calendar. Parties will be served with the Court's ruling.

     The Clerk shall serve this minute order on all parties to the action.



MINUTES FORM 11 DOC                          Initials of Deputy Clerk
CIVIL - GEN                                  Page 1 of 1